BRIAN E. CLAYPOOL (SBN 134674)
THE CLAYPOOL LAW FIRM
1055 East Colorado Blvd., 5th Floor
Pasadena, CA 91106
Telephone: (626) 664-9489
Facsimile: (626) 796-9951

ERIC R. MAIER (SBN 182808)
LOUIS E. SHOCH (SBN 205557)
MAIER SHOCH LLP
1001 Hermosa Avenue, Suite 206
Hermosa Beach, CA 90254
Telephone: (310) 994-9480
Facsimile: (310) 496-0985

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIEHNA M. COTTON, a minor, by Fungula Fumu Ngondji, her guardian ad litem; and MARTIN COTTON, SR., an individual<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF EUREKA, CALIFORNIA, a political subdivision of the State of California; COUNTY OF HUMBOLDT, CALIFORNIA, a political subdivision of the State of California; JUSTIN WINKLE, an individual; ADAM LAIRD, an individual; STEVEN WATSON, an individual; JOSH SIIPOLA, an individual; BRIAN FRANCO, an individual; HCCF CORPORAL GRIFFIN, an individual; HCCF OFFICER CANGAS, an individual; HCCF OFFICER CHRISTENSEN, an individual; HCCF OFFICER MORGAN, an individual; HCCF OFFICER RISSITER, an individual; HCCF OFFICER STRONG, an individual; and DOES 1 through 20 inclusive,<br><br>Defendants. | Case No.: 4:08-CV-04386-SBA<br><br>**[PROPOSED] ORDER GRANTING MAIER SHOCH LLP'S MOTION TO WITHDRAW AS CO-COUNSEL OF RECORD** |

1  Having considered Maier Shoch LLP's Motion to Withdraw As Co-Counsel of Record (the
2  "Motion"), the Court hereby GRANTS the Motion and orders that Eric R. Maier and Louis E. Shoch
3  of the law firm Maier Shoch LLP are no longer co-counsel of record for Plaintiffs in this matter.
4
5  DATED: 1/29/09                    *[signature: Saundra B. Armstrong]*
6                                     U.S. District Court Judge

# CERTIFICATE OF SERVICE

I, Eric R. Maier, declare as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 1001 Hermosa Avenue, Suite 206, Los Angeles, California 90254, in said County and State; I am a member of the bar of this Court; on January 26, 2009, I served the within:

**PROPOSED ORDER GRANTING MAIER SHOCH LLP'S MOTION TO WITHDRAW AS CO-COUNSEL OF RECORD**

by placing true copies thereof in envelopes addressed to the attorneys of record as follows:

| | |
|---|---|
| Fungula Ngondki<br>4427 Townehome Drive<br>Stockton, CA 95207<br>*Plaintiff* | Brian E. Claypool, Esq.<br>Claypool Law Firm<br>1055 East Colorado Blvd., 5th Floor<br>Pasadena, CA 91106<br>*Attorney for Plaintiff* |
| William R. Bragg, Esq.<br>Bragg, Perlman, Russ, Stunich, Eads<br>1036 Fifth St., Ste. E<br>P.O. Box 1248<br>Eureka, CA 95502<br>*Attorneys for Defendants* | Nancy K. Delaney<br>Mitchell, Brisso, Delaney & Vrieze<br>814 Seventh Street<br>P.O. Drawer 1008<br>Eureka, CA 95502<br>*Attorneys for Defendants* |

☑  BY MAIL: I caused to be placed a true copy in a sealed envelope addressed as indicated above, on January 26, 2009. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct, that the foregoing documents and all copies made from same were printed on recycled paper, and that this Certificate of Service was executed by me on January 26, 2009.

By: /s/ Maier

Maier PC

4:08-CV-04386-SBA          [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS CO-COUNSEL