UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIEHNA M. COTTON, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF EUREKA, et al.,<br><br>　　　　Defendants. | CASE NO.:  C 08-04386 SBA<br><br>[PROPOSED] ORDER GRANTING RE STIPULATION TO AMEND THE COMPLAINT |

The Court having considered the Joint Stipulation to Amend the Complaint submitted by counsel for plaintiff and counsel for defendants,  IT IS HEREBY ORDERED that the request to Amend is GRANTED.  Plaintiffs shall file their amended complaint within 5 days of the date this Order is filed.

Defendants have 20 days from the signing of this order to file responsive pleadings to Plaintiffs' First Amended Complaint.

IT IS SO ORDERED.

DATED: May 19, 2009　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　**HON. SAUNDRA BROWN ARMSTRONG**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**U.S. District Judge**