# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIEHNA M. COTTON, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF EUREKA, et al.,<br><br>    Defendants. | CASE NO.: C 08-04386 SBA<br><br>**ORDER GRANTING STIPULATION RE DEFENDANTS' FILING OF RESPONSIVE PLEADINGS TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |

The Court having considered the Joint Stipulation regarding the filing of Defendants' responsive pleading to the First Amended Complaint (FAC) submitted by counsel for plaintiff and counsel for defendants, IT IS HEREBY ORDERED that Defendants shall file their responsive pleadings to the FAC within 20 days from the date of service of the FAC on the new Defendants GARY E. WHITMER and OFFICER TIM A. JONES.

IT IS SO ORDERED.

DATED: 6/1/09          _____
                                          **HON. SAUNDRA BROWN ARMSTRONG**