# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIEHNA M. COTTON, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>CITY OF EUREKA, et al.,<br><br>        Defendants. | CASE NO.:  C 08-04386 SBA<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO CONTINUE THE MANDATORY SETTLEMENT CONFERENCE |

The Court having considered the Joint Stipulation regarding the continuance of the mandatory settlement conference submitted by counsel for plaintiff and counsel for defendants, IT IS HEREBY ORDERED that the mandatory settlement conference set for November 17, 2009 is vacated and rescheduled to April 19, 2010 at 10:00 a.m..

IT IS SO ORDERED.

DATED: 11/4/09 _____

**MAGISTRATE JUDGE NANDOR J. VADAS**