1  Brian E. Claypool (SBN 134674)
   The Claypool Law Firm
2  1055 E. Colorado Blvd, 5th Floor
   Pasadena, CA  91106
3  Tel: (626) 240-4616
   Fax: (626) 240-4617
4  Attorneys for Plaintiffs

5  Vicki I. Sarmiento, SBN 134047
   333 N. Garfield Avenue
6  Alhambra, California  91801
   Tel: (626) 308-1171
7  Fax: (626) 308-1101
   Attorneys for Plaintiffs
8
   Dale K. Galipo, SBN 144074
9  Law Offices of Dale K. Galipo
   21800 Burbank Blvd., Suite 310
10 Woodland Hills, California  91367
11 dalekgalipo@yahoo.com
   Tel: (818) 347-3333
12 Fax: (818) 347-4118

13 Nancy K. Delaney, SBN 70617
   Nicholas R. Kloeppel, SBN 186165
14 MITCHELL, BRISSO, DELANEY & VRIEZE
   Attorneys at Law
15 814 Seventh Street
   P. O. Drawer 1008
16 Eureka, CA  95502
   Tel:  (707) 443-5643
17 Fax: (707) 444-9586
   Attorneys for CITY OF EUREKA Defendants
18
   William R. Bragg
19 BRAGG, PERLMAN, RUSS, STUNICH,
      RUDOLPH & EADS, LLP
20 Attorneys at Law
   1036 – 5th Street, Suite E
21 P.O. Box 1248
   Eureka, CA  95502
22 Tel: (707) 442-2927
   Fax: (707) 443-2747
23 Attorneys for COUNTY OF HUMBOLDT Defendants

24

25

26

1

JOINT STIPULATION TO EXTEND EXPERT DISCOVERY CUT-OFF

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| SIEHNA M. COTTON, a minor, by Fungula Fumu Ngondji, her guardian ad litem; and MARTIN COTTON, SR., an individual,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF EUREKA, CALIFORNIA, a political subdivision of the State of California; COUNTY OF HUMBOLDT, CALIFORNIA, a political subdivision of the State of California, et al.,<br><br>　　　　　Defendants. | CASE NO.: C 08-04386 SBA<br><br>JOINT STIPULATION TO EXTEND EXPERT DISCOVERY CUT-OFF |

Plaintiffs have disclosed retained experts Roger Clark and Harry J. Bonnell, M.D. Defendants timely noticed the depositions of same for June 9, 2010, however, said experts were not available on that date.

The experts are not available on the same date until June 18, 2010, a date that defense counsel is not available but defense counsel and the witnesses are available on June 21, 2010, nine days after the expert discovery cut-off.

Other dates of availability within the discovery cut-off would require defense counsel to travel to Los Angeles, California, on two separate occasions or would require the witnesses to travel to the Bay Area, incurring additional and avoidable expenses for the parties.

Based on the foregoing, the parties, through their attorneys, agree that the expert discovery cut-off for purposes of completing the depositions of plaintiffs' experts may be extended to **June 21, 2010.**

/ / /

/ / /

| | | |
|---|---|---|
| 1 | DATED: May 25, 2010 | THE CLAYPOOL LAW FIRM |
| 2 | | LAW OFFICES OF VICKI I. SARMIENTO |
| | | LAW OFFICES OF DALE K. GALIPO |

DATED: May 25, 2010        THE CLAYPOOL LAW FIRM
                           LAW OFFICES OF VICKI I. SARMIENTO
                           LAW OFFICES OF DALE K. GALIPO


By: /s/
    Vicki I. Sarmiento
    Attorneys for Plaintiffs

DATED: May 25, 2010        BRAGG, PERLMAN, RUSS, STUNICH,
                               RUDOLPH & EADS, LLP


By: /s/
    William R. Bragg
    Attorneys for County of Humboldt Defendants

DATED: May 25, 2010        MITCHELL, BRISSO, DELANEY & VRIEZE


By: /s/
    Nancy K. Delaney
    Attorneys for City of Eureka Defendants

\* \* \* \* \*

**ORDER**

IT IS SO ORDERED.

DATED: 5/27/10             *Saundra B. Armstrong*
                           Honorable Saundra B. Armstrong
                           United States District Court

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

3
JOINT STIPULATION TO EXTEND EXPERT DISCOVERY CUT-OFF