1   William R. Bragg # 070247
    Andrew J. Stunich #197698
2   **BRAGG, PERLMAN, RUSS,**
    **STUNICH & EADS, LLP**
3   1036 Fifth Street, Suite E
    P.O. Box 1248
4   Eureka, CA 95502-1248
    Telephone: (707) 442-2927
5   Fax No.: (707) 443-2747
    E-mail address: bragglaw@sbcglobal.net
6
    Attorneys for County Defendants
7   County of Humboldt, HCCF Corporal Griffin;
    HCCF Officer Cangas; HCCF Officer Christensen;
8   HCCF Officer Morgan; HCCF Officer Rossiter; and HCCF Officer Strong

9                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
    SIEHNA M. COTTON, a minor, by        Case No. **C 08-04386 SBA**
12  Fungula Fumu Ngondji, her guardian ad
    litem; and MARTIN COTTON, SR., an    **COUNTY DEFENDANTS' PROPOSED**
13  individual,                          **VERDICT FORM**

14                        Plaintiffs,    **PRE-TRIAL CONFERENCE**
                                         **Date:**      **September 21, 2010**
15         vs.                           **Time:**      **1:00 p.m.**
                                         **Ctrm.:**     **3**
16  CITY OF EUREKA, et al.,
                                         **TRIAL**
17                        Defendants.    **Date:**      **October 4, 2010**
                                         **Time:**      **8:30 a.m.**
18  _____ /   **Ctrm.:**     **3**

19         County Defendants' submit their Proposed Verdict Form as follows:

20  We answer the questions submitted to us as follows:

21  1. Did defendant HCCF Corporal Dennis Griffin use excessive force in detaining decedent?

22  Yes ____     No____

23  If your answer to question 1 is yes, then answer question 2. If you answered no, skip to question

24  number 5.

25  2. Was defendant HCCF Corporal Dennis Griffin acting or purporting to act in the performance

26  of his official duties?

27  Yes___     No___

28

1  If your answer to question 2 is yes, then answer question 3. If you answered no, skip to question
2  number 5.
3  3. Was defendant HCCF Corporal Dennis Griffin 's use of excessive force a substantial factor in
4  causing harm to decedent?
5  Yes___      No____
6  If your answer to question 3 is yes, then answer question 4. If you answered no, then skip to
7  question number 5.
8  4. What are plaintiffs damages? _____
9  5. Did defendant HCCF Officer Fernando Cangas use excessive force in arresting/detaining
10  decedent?
11  Yes ____      No____
12  If your answer to question 5 is yes, then answer question 6. If you answered no, then skip to
13  question  9.
14  6. Was defendant HCCF Officer Fernando Cangas acting or purporting to act in the performance
15  of his official duties?
16  Yes___      No___
17  If your answer to question 6 is yes, then answer question 7. If you answered no, then skip to
18  question 9.
19  7. Was defendant HCCF Officer Fernando Cangas's use of excessive force a substantial factor in
20  causing harm to decedent?
21  Yes___      No____
22  If your answer to question 7 is yes, then answer question 8. If you answered no, then skip to
23  question 9.
24  8. What are plaintiffs damages? _____.
25  9. Did defendant HCCF Officer Chet Christensen use excessive force in arresting/detaining
26  decedent?
27  Yes ____      No____
28  ///

If your answer to question 9 is yes, then answer question 10. If you answered no, then skip to question 13.

10. Was defendant HCCF Officer Chet Christensen acting or purporting to act in the performance of his official duties?

Yes___       No___

If your answer to question 10 is yes, then answer question 11. If you answered no, then skip to question 13.

11. Was defendant HCCF Officer Chet Christensen's use of excessive force a substantial factor in causing harm to decedent?

Yes___       No___

If your answer to question 11 is yes, then answer question 12. If you answered no, then skip to question 13.

12. What are plaintiffs damages? _____.

13. Did defendant HCCF Corporal Dennis Edward Griffin know of and disregard decedent's serious medical need by failing to take reasonable measures to address it?

Yes ____      No____

If your answer to question  is yes, then answer question 14. If you answered no, then skip to question 16.

14. Did defendant HCCF Corporal Dennis Edward Griffin act[s] or failure to act caused harm to decedent?

Yes ____      No____

If your answer to question 14 is yes, then answer question 15. If you answered no, then skip to question 16.

15. What are plaintiffs damages? _____.

16. Did defendant HCCF Officer Fernando Cangas know of and disregard decedent's serious medical need by failing to take reasonable measures to address it?

Yes ____      No____

///

1   If your answer to question 16 is yes, then answer question 17. If you answered no, then skip to

2   question 19.

3   17. Did defendant HCCF Officer Fernando Cangas' act[s] or failure to act caused harm to decedent?

4   Yes _____      No_____

5   If your answer to question 17 is yes, then answer question 18. If you answered no, then skip to

6   question 19.

7   18.  What are plaintiffs damages? _____.

8   19.  Did defendant HCCF Officer Chet Christensen know of and disregard decedent's serious

9   medical need by failing to take reasonable measures to address it?

10   Yes _____      No_____

11   If your answer to question  is 19 yes, then answer question 20. If you answered no, then skip to

12   question 22.

13   20. Did defendant HCCF Officer Chet Christensen  act[s] or failure to act caused harm to decedent?

14   Yes _____      No_____

15   If your answer to question 20 is yes, then answer question 21. If you answered no, then skip to

16   question 22.

17   21. What are plaintiffs damages? _____.

18   22. Did defendant HCCF Officer Francis Marie Morgan know of and disregard decedent's serious

19   medical need by failing to take reasonable measures to address it?

20   Yes _____      No_____

21   If your answer to question 22 is yes, then answer question 23. If you answered no, then skip to

22   question 25.

23   23.  Did defendant HCCF Officer Francis Marie Morgan's act[s] or failure to act caused harm to

24   decedent?

25   Yes _____      No_____

26   If your answer to question 23 is yes, then answer question 24. If you answered no, then skip to

27   question 25.

28   24. What are plaintiffs damages? _____.

1    25. Did defendant HCCF Officer Adam Rossiter know of and disregard decedent's serious medical

2    need by failing to take reasonable measures to address it?

3    Yes _____      No_____

4    If your answer to question 25 is yes, then answer question 26. If you answered no, then skip to

5    question 28.

6    26. Did defendant HCCF Officer Adam Rossiter's act[s] or failure to act caused harm to decedent?

7    Yes _____      No_____

8    If your answer to question 26 is yes, then answer question 27. If you answered no, then skip to

9    question 28.

10    27. What are plaintiffs damages? _____.

11    28. Did defendant HCCF Officer Devin Strong know of and disregard decedent's serious medical

12    need by failing to take reasonable measures to address it?

13    Yes _____      No_____

14    If your answer to question 28 is yes, then answer question 29. If you answered no, then skip to

15    question 31.

16    29. Did defendant HCCF Officer Devin Strong's act[s] or failure to act caused harm to decedent?

17    Yes _____      No_____

18    If your answer to question 29 is yes, then answer question 30. If you answered no, then skip to

19    question 31.

20    30. What are plaintiffs damages? _____.

21    31. If you found damages against one or more of defendant County of Humboldt's correctional

22    officers in your responses to questions 4, 8, 12, 15, 18, 21, 24, 27, or 30, then answer question 32.

23    If no damages were found, then skip to question 37.

24    32. Did County of Humboldt's correctional officer(s) act under color of law?

25    Yes _____      No_____

26    If your answer to question 32 is yes, then answer question 33. If you answered no, then skip to

27    question 37.

28    ///

1    33.  Were the training policies of the defendant County of Humboldt inadequate to train its police

2    officers or correctional officers to handle the usual and recurring situations with which they must

3    deal?

4    Yes _____          No_____

5    If your answer to question 33 is yes, then answer question 34. If you answered no, then skip to

6    question 37.

7    34.  Was the defendant County of Humboldt deliberately indifferent to the obvious consequences

8    of its failure to train its police officers or correctional officers adequately?

9    Yes _____          No_____

10   If your answer to question 34 is yes, then answer question 35. If you answered no, then skip to

11   question 37.

12   35.  Did the failure of defendant County of Humboldt to provide adequate training cause the

13   deprivation of decedent's rights by the County of Humboldt's correctional officers; in other words,

14   was the defendant's failure to train so closely related to the deprivation of the decedent's rights as

15   to be the moving force that caused the ultimate injury to decedent?

16   Yes _____          No_____

17   If your answer to question 35 is yes, then answer question 36. If you answered no, then skip to

18   question 37.

19   36.  What are plaintiffs damages? _____.

20   37.  If you found damages against one or more of defendant County of Humboldt's correctional

21   officers in your responses to questions 4, 8, 12, 15, 18, 21, 24, 27, or 30, then answer question 37.

22   If no damages were found, then skip to question 42.

23   38.  Did County of Humboldt's correctional officer(s) act under color of law?

24   Yes _____          No_____

25   If your answer to question 38 is yes, then answer question 39. If you answered no, then skip to

26   question 42.

27   ///

28   //

39. Did County of Humboldt's correctional officer(s) act pursuant to an expressly adopted official policy or a long standing practice or custom of the defendant?

Yes _____        No_____

If your answer to question 39 is yes, then answer question 40. If you answered no, then skip to question 42.

40.  Did County of Humboldt's correctional officer(s) actions pursuant to an expressly adopted official policy or a long standing practice or custom of the defendant cause the deprivation of decedent's rights by the County of Humboldt's correctional officers; in other words, was the defendant's expressly adopted official policy or a long standing practice or custom of the defendant so closely related to the deprivation of the decedent's rights as to be the moving force that caused the ultimate injury to decedent?

Yes _____        No_____

If your answer to question 40 is yes, then answer question 41. If you answered no, then skip to question 42.

41.  What are plaintiffs damages? _____.

42.  If you found liability and damages against defendant HCCF Corporal Dennis Edward Griffin in your previous answers to questions 4 and 15, answer question 43.  If not, skip to question 45

43.Did defendant HCCF Corporal Dennis Edward Griffin intend to interfere with plaintiffs' relationship with decedent?

Yes _____        No_____

If your answer to question 43is yes, then answer question 44. If you answered no, then skip to question 45

44. What are plaintiffs damages? _____.

45. If you found liability and damages against defendant HCCF Officer Fernando Cangas in your previous answers to questions 8 and 18, then answer question 46.  If not, skip to question 48.

46.  Did defendant HCCF Officer Fernando Cangas intend to interfere with plaintiffs' relationship with decedent?

Yes _____        No_____

1   If your answer to question 46 is yes, then answer question 47. If you answered no, then skip to

2   question 48.

3   47.  What are plaintiffs damages? _____.

4   48. If you found liability and damages against defendant HCCF Officer Chet Christensen in your

5   previous answers to questions 12 and 21, then answer question 49.  If not, skip to question 51.

6   49.  Did defendant HCCF Officer Chet Christensen intend to interfere with plaintiffs' relationship

7   with decedent?

8   Yes _____        No_____

9   If your answer to question 49 is yes, then answer question 50. If you answered no, then skip to

10  question 51.

11  50.  What are plaintiffs damages? _____.

12  51.  If you found liability and damages against defendant HCCF Officer Francis Marie Morgan in

13  your previous answer to question 24, then answer question 52.  If not, skip to question 54.

14  52.   Did defendant HCCF Officer Francis Marie Morgan intend to interfere with plaintiffs'

15  relationship with decedent?

16  Yes _____        No_____

17  If your answer to question 52 is yes, then answer question 53. If you answered no, then skip to

18  question 54.

19  53.  What are plaintiffs damages? _____.

20  54.  If you found liability and damages against defendant HCCF Officer Adam Rossiter in your

21  previous answer to question 27, answer question 55.  If not, skip to question 57.

22  55. Did defendant HCCF Officer Adam Rossiter intend to interfere with plaintiffs' relationship with

23  decedent?

24  Yes _____        No_____

25  If your answer to question 55 is yes, then answer question 56. If you answered no, then skip to

26  question 57.

27  56.  What are plaintiffs damages? _____.

28  ///

57. If you found liability and damages against defendant HCCF Officer Devin Strong in your previous answer to question 30, answer question 58. If not, after all verdict forms have been signed by the Presiding Juror, deliver this verdict form to the bailiff.

58. Did defendant HCCF Officer Devin Strong intend to interfere with plaintiffs' relationship with decedent?

Yes _____     No_____

If your answer to question 58 is yes, then answer question 59. If you answered no, after all verdict forms have been signed by the Presiding Juror, deliver this verdict form to the bailiff.

59.  What are plaintiffs damages? _____.

Dated: _____, 2010        Signed:_____

                                        Presiding Juror

After all verdict forms have been signed, deliver this verdict form to the bailiff.

Dated: August 24, 2010            Respectfully submitted,

                                  BRAGG, PERLMAN, RUSS,
                                  STUNICH & EADS LLP


                                  By: _____
                                        WILLIAM R. BRAGG
                                  Attorneys for Defendants, County of Humboldt, HCCF
                                  Corporal Griffin; HCCF Officer Cangas; HCCF Officer
                                  Christensen; HCCF Officer Morgan; HCCF Officer Rossiter;
                                  and HCCF Officer Strong