UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIEHNA M. COTTON, et al., | Case No:  C 08-4386 SBA |
| Plaintiffs, | **ORDER VACATING TRIAL DATE** |
| vs. | |
| CITY OF EUREKA, et al., | |
| Defendant. | |

Trial in this case is scheduled to commence on October 4, 2010.  Due to the Court's unavailability, trial cannot commence as scheduled.  Accordingly,

IT IS HEREBY ORDERED THAT:

1.      The trial date of October 4, 2010 and the pretrial conference set for September 28, 2010, are VACATED.

2.      The parties shall appear for a telephonic Case Management Conference on **September 23, 2010, at 3:15 p.m.** for the purpose of rescheduling the trial date.  The parties shall meet and confer prior to the conference to discuss a new trial date for dates between November 8, 2010, and March 1, 2011.  The parties shall file an updated joint Case Management Conference Statement by September 21, 2010, which indicates the parties' proposed dates for trial.  The parties also should indicate whether they are willing to consent to the jurisdiction of a Magistrate Judge of this Court, and if so, whether they prefer a general referral or a referral to a specific Magistrate Judge.  Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

Dated:  September 20, 2010

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge