| | |
|---|---|
| 1 | Brian E. Claypool (SBN 134674) |
| | The Claypool Law Firm |
| 2 | 1055 E. Colorado Blvd, 5th Floor |
| | Pasadena, CA  91106 |
| 3 | Tel: (626) 240-4616 |
| 4 | Vicki I. Sarmiento, SBN 134047 |
| | Attorney at Law |
| 5 | 333 N. Garfield Avenue |
| | Alhambra, California  91801 |
| 6 | Tel: (626) 308-1171 |
| 7 | Dale K. Galipo, SBN 144074 |
| | Law Offices of Dale K. Galipo |
| 8 | 21800 Burbank Blvd., Suite 310 |
| 9 | Woodland Hills, California  91367 |
| | Tel: (818) 347-3333 |
| 10 | Attorneys for Plaintiffs |
| 11 | Nancy K. Delaney, SBN 70617 |
| | Nicholas R. Kloeppel, SBN 186165 |
| 12 | MITCHELL, BRISSO, DELANEY & VRIEZE |
| | Attorneys at Law |
| 13 | 814 Seventh Street |
| | P. O. Drawer 1008 |
| 14 | Eureka, CA  95502 |
| | Tel:  (707) 443-5643 |
| 15 | Fax: (707) 444-9586 |
| | Attorneys for Defendants CITY OF EUREKA, JUSTIN WINKLE, |
| 16 | ADAM LAIRD, GARY WHITMER, STEVEN WATSON, |
| | TIM JONES, JOSH SIIPOLA and BRIAN FRANCO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIEHNA M. COTTON, a minor, by Fungula Fumu Ngondji, her guardian ad litem; and MARTIN COTTON, SR., an individual, | CASE NO.:  C 08-04386 SBA |
| | ORDER OF DISMISSAL OF DEFENDANT JOSHUA SIIPOLA |
| Plaintiffs, | |
| vs. | |
| CITY OF EUREKA, CALIFORNIA, a political subdivision of the State of California; COUNTY OF HUMBOLDT, CALIFORNIA, a political subdivision of the State of California, et al., | |
| Defendants. | |

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

0
ORDER OF DISMISSAL OF DEFENDANT JOSHUA SIIPOLA

1  Good cause appearing therefore, based upon the stipulation of the parties hereto
2  through counsel,
3  IT IS HEREBY ORDERED that defendant Joshua Siipola is dismissed, with
4  prejudice, with the parties to bear their own costs and attorneys' fees.
5  DATED: 10/1/10

_____
HONORABLE SAUNDRA B. ARMSTRONG
United States District Court

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1
ORDER OF DISMISSAL OF DEFENDANT JOSHUA SIIPOLA