UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIEHNA M. COTTON, a minor, by and Megan McClure, her guardian ad litem; and MARTIN COTTON, SR., an individual,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY OF EUREKA, CALIFORNIA, a political subdivision of the State of California, COUNTY OF HUMBOLDT, CALIFORNIA, a political subdivision of the State of California, et al.,<br><br>    Defendants. | Case No:  C 08-4386 SBA<br><br>**ORDER**<br><br>Docket 136 |

Having read and considered Plaintiffs' application to have Megan McClure, legal guardian of the minor, Siehna M. Cotton, appointed as the minor's guardian ad litem in this matter in place of Fungula Fumu Ngondji, and good cause appearing,

IT IS HEREBY ORDERED THAT the application is GRANTED. Megan McClure is appointed as guardian ad litem for Plaintiff Siehna M. Cotton.  The caption shall be amended to reflect this change.  This Order terminates Docket 136.

IT IS SO ORDERED.

Dated: December 8, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge