UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIEHNA M. COTTON, a minor, by Megan McClure, her guardian ad litem; and MARTIN COTTON, SR., an individual,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF EUREKA, CALIFORNIA, a political subdivision of the State of California; COUNTY OF HUMBOLDT, CALIFORNIA, a political subdivision of the State of California, et al.,<br><br>　　　　　Defendants. | CASE NO.:  C 08-04386 SBA<br><br>**ORDER OF DISMISSAL OF DEFENDANT BRIAN FRANCO** |

Good cause appearing therefore, based upon the stipulation of the parties hereto through counsel,

IT IS HEREBY ORDERED that defendant BRIAN FRANCO is dismissed, with prejudice, with the parties to bear their own costs and attorneys' fees.

DATED: 2/24/11

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE SAUNDRA B. ARMSTRONG
　　　　　　　　　　　　　　　　United States District Court

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1
ORDER OF DISMISSAL OF DEFENDANT BRIAN FRANCO
Case No: 08-04386 SBA