UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIEHNA M. COTTON, et al., | Case No: C 08-4386 SBA |
| Plaintiffs, | **ORDER CONTINUING HEARING** |
| vs. | Docket 167, 178 |
| CITY OF EUREKA, et al., | |
| Defendant. | |

The hearing scheduled for May 10, 2011, on Defendants' respective summary judgment motions (Dkt. 167, 178) is CONTINUED to **June 28, 2011 at 1:00 p.m.** Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court, in its discretion, may resolve the motion without oral argument in advance of the hearing date. The parties are advised to check the Court's website to determine whether a court appearance is required.

IT IS SO ORDERED.

Dated: May 4, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge