UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIEHNA M. COTTON, a minor, by and Megan McClure, her guardian ad litem; and MARTIN COTTON, SR., an individual,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF EUREKA, CALIFORNIA, a political subdivision of the State of California, COUNTY OF HUMBOLDT, CALIFORNIA, a political subdivision of the State of California, et al.,<br><br>　　　　Defendants. | Case No:  C 08-04386 SBA<br><br>**ORDER RE JURY INSTRUCTIONS** |

During the pretrial conference held on September 6, 2011, the parties indicated that, in light of the Court's in limine and summary judgment rulings, certain of their previously submitted jury instructions may no longer be applicable.  In addition, the City Defendants indicated their intention to submit an instruction with regard to Plaintiffs' eighth claim under the fourteenth amendment for interference with familial association.  Accordingly,

IT IS HEREBY ORDERED THAT the parties shall **meet and confer forthwith** regarding the joint set of proposed jury instructions, as well as their separately proposed instructions—including the City Defendants' proposed instruction on Plaintiffs' fourteenth amendment claim.  By no later than **Noon on September 12, 2011**, the parties shall notify the Court, in writing, whether there are any modifications or withdrawals to the joint set of instructions and/or separately proposed instructions.  In addition, the City Defendants shall submit their proposed jury instruction on Plaintiffs' fourteenth amendment claim, along with a statement as to whether all parties agree with the proposed instruction.  If no

1  agreement has been reached, by no later than Noon on September 12, 2011, **each side** shall
2  submit a one-page memorandum stating their position on the proposed instruction.
3      IT IS SO ORDERED.
4  Dated:  September 7, 2011

                                                    *Saundra B. Armstrong*
                                                    SAUNDRA BROWN ARMSTRONG
                                                    United States District Judge