# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIEHNA M. COTTON, a minor, by and through Megan McClure, her Guardian Ad Litem; and MARTIN COTTON, SR., an individual<br><br>          Plaintiffs,<br><br>  v.<br><br>CITY OF EUREKA, et al.,<br><br>          Defendants. | CASE NO.: C 08-04386 SBA<br><br>**ORDER TO ALLOW AUDIO VISUAL EQUIPMENT IN COURTROOM 1** |

It is hereby ordered that the below described equipment can be brought inside the United States District Court – Northern District courthouse located at 1301 Clay Street, Oakland, California, 94612 for use in Courtroom 1, 4th Floor, during the Trial of *Cotton v. City of Eureka, et al.*, which commenced on September 12, 2011:

1. Projector and Elmo TT-02; and

2. Tripod Screen.

The above referenced equipment will be rented from Meeting Tomorrow, Inc., an audio visual company. An authorized technician, Michael Davidson from said company will be delivering and setting up the equipment on September 13, 2011.

IT IS SO ORDERED.

Dated: __9/12/11              _____*Saundra B. Armstrong*_____
                                  SAUNDRA BROWN ARMSTRONG
                                  UNITED STATES DISTRICT JUDGE