UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIEHNA M. COTTON, a minor, by and Megan McClure, her guardian ad litem; and MARTIN COTTON, SR., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF EUREKA, CALIFORNIA, a political subdivision of the State of California, COUNTY OF HUMBOLDT, CALIFORNIA, a political subdivision of the State of California, et al.,<br><br>Defendants. | Case No: C 08-04386 SBA<br><br>**ORDER**<br><br>Dkt. 226 |

IT IS HEREBY ORDERED THAT the Order of Reference, filed September 15, 2011, Dkt. 226, scheduling this matter for a settlement conference to take place on Tuesday, September 20, 2011, is VACATED.

IT IS SO ORDERED.

Dated: September 16, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge