LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, SBN 144074
21800 Burbank Blvd., Suite 310
Woodland Hills, California 91367
dalekgalipo@yahoo.com
Telephone: (818) 347-3333
Facsimile:    (818) 347-34118

LAW OFFICES OF VICKI I. SARMIENTO
A Professional Corporation
VICKI I. SARMIENTO, SBN 134047
333 N. Garfield Avenue
Alhambra, California 91801
vislaw@vis-law.com
Telephone: (626) 308-1171
Facsimile:    (626) 308-1101

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIEHNA M. COTTON, a minor, by Megan McClure her guardian ad litem: and MARTIN COTTON SR., an individual,<br><br>                    Plaintiffs,<br><br>     v.<br><br> CITY OF EUREKA, ADAM LAIRD, JUSTIN WINKLE, GARY WHITMER,<br><br>                    Defendants. | Case No.: 08-CV-04386-SBA<br><br>**PLAINTIFFS' PROPOSED SPECIAL VERDICT FORM** |

We the jury in the above-entitled matter find as follows on the special verdict submitted to us:

**QUESTION NO. 1:**

Did any of following defendants use excessive or unreasonable force against Martin Cotton, II?

| | | |
|---|---|---|
| Justin Winkle | Yes_____ | No_____ |
| Adam Laird | Yes_____ | No_____ |
| Gary Whitmer | Yes_____ | No_____ |

If "Yes" to any of the defendants answer Questions 2 and 3.

If "No" to all of the defendants go to Question 4.

**QUESTION NO. 2:**

Was the use of excessive or unreasonable force a cause of injury or harm to Martin Cotton, II?

Yes _____                                        No _____

**QUESTION NO. 3:**

Was the use of excessive or unreasonable force a cause of death of Martin Cotton, II.?

Yes_____                                        No_____

///

///

3

Case No. 08-CV-04386-SBA
PLAINTIFFS' PROPOSED SPECIAL VERDICT FORM

**QUESTION NO. 4:**

Did any of the following defendants act with a deliberate indifference to the medical needs of Martin Cotton, II?

      Justin Winkle           Yes_____          No_____

      Adam Laird            Yes_____          No_____

      Gary Whitmer         Yes_____          No_____

If "Yes" to any of the defendants answer Question 5.

If "No" to all of the defendants go to Question 6.

**QUESTION NO. 5:**

Was the denial of medical care a cause of injury, harm, or death to Martin Cotton, II.?

                                      Yes_____          No_____

**QUESTION NO. 6:**

Did the City of Eureka inadequately train its officers in obtaining medical care to arrestees who had force used against them?

                                      Yes_____          No_____

///

///

**QUESTION NO. 7:**

What do you find to be the damages sustained by Martin Cotton, II?

    Pain and Suffering          $ _____

    Loss of Life          $ _____

**QUESTION NO. 8:**

What do you find to be the total damages for the plaintiffs as a result of the death of Martin Cotton, II?

    A. Sienna Cotton for past and future loss of

        love, comfort, companionship, etc.      $ _____

    B. Martin Cotton, Sr., for past and future loss of

        love, comfort, companionship, etc.      $ _____

**QUESTION NO. 9:**

Do you find that any of the officers acted with malice, oppression, or with a reckless disregard to the rights of Martin Cotton, II?

    Justin Winkle          Yes_____          No_____

    Adam Laird          Yes_____          No_____

    Gary Whitmer          Yes_____          No_____

**QUESTION NO. 10:**

What do you find to be the amount of punitive damages to be awarded against the following officers?

    Justin Winkle    $_____

    Adam Laird    $_____

    Gary Whitmer    $_____

Please sign and date the verdict form.

DATED: _____    _____
                               JURY FOREPERSON

6

Case No. 08-CV-04386-SBA
PLAINTIFFS' PROPOSED SPECIAL VERDICT FORM