UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIEHNA M. COTTON, a minor, by Megan McClure, her guardian ad litem; and MARTIN COTTON, SR., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF EUREKA, CALIFORNIA, a political subdivision of the State of California, et al.,<br><br>Defendants. | Case No:  C 08-04386 SBA<br><br>**JUDGMENT** |

In accordance with the jury's verdict in this matter, as rendered in Court on September 23, 2011, and as memorialized in the Verdict Form,

IT IS HEREBY ORDERED THAT final judgment in this action is entered in favor of Plaintiffs, Siehna M. Cotton, by Megan McClure, her guardian at litem, and Martin Cotton, Sr., as follows:

1.  Judgment in the sum of $4,000,000 is entered against Defendants City of Eureka, Adam Laird, Justin Winkle and Gary Whitmer in favor of Plaintiff Siehna M. Cotton;

2.  Judgment in the sum of $500,000 is entered against Defendants City of Eureka, Adam Laird, Justin Winkle and Gary Whitmer in favor of Plaintiff Martin Cotton, Sr.;

3.  Judgment in the sum of $30,000 is entered against Adam Laird in favor of Plaintiffs Siehna M. Cotton and Martin Cotton, Sr.;

4. Judgment in the sum of $30,000 is entered against Justin Winkle in favor of Plaintiffs Siehna M. Cotton and Martin Cotton, Sr.; and

5. Judgment in the sum of $15,000 is entered against Gary Whitmer in favor of Plaintiffs Siehna M. Cotton and Martin Cotton, Sr.

IT IS SO ORDERED.

Dated: September 23, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge