LAW OFFICES OF VICKI I. SARMIENTO
A Professional Corporation
VICKI I. SARMIENTO, SBN 134047
333 N. Garfield Avenue
Alhambra, California  91801
vislaw@vis-law.com
Telephone:   (626) 308-1171
Facsimile:    (626) 308-1101

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, SBN 144074
21800 Burbank Blvd., Suite 310
Woodland Hills, California 91367
dalekgalipo@yahoo.com
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIEHNA M. COTTON, a minor, by Megan McClure her guardian ad litem: and MARTIN COTTON SR., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF EUREKA, ADAM LAIRD, JUSTIN WINKLE, GARY WHITMER,<br><br>Defendants. | Case No.: 08-CV-04386-SBA<br><br>ORDER APPROVING MINOR'S COMPROMISE AND DISBURSING FUND |

The Court having considered the Ex Parte Application for Order Approving the

Petition of Megan McClure to approve the settlement of claim of minor Plaintiff Siehna M.

Cotton and distribution of settlement funds and good cause appearing, IT IS ORDERED THAT:

    1.    The settlement of this action against Defendants County of Humboldt, et. al., in the sum of $60,000 is hereby approved;

    2.    The distribution of the settlement proceeds as set forth in the Petition is approved;

    3.    The Court approves attorney's fees and costs in the amount of $26,856.56 to the Law Offices of Vicki I. Sarmiento;

    4.    The Court approves $33,143.44 to be distributed to minor plaintiff Siehna M. Cotton through a structured settlement with Symetra Life Insurance Company, an A.M. Best A Class 12 rated life carrier.

    5.    The Court approves Megan McClure to be named as primary beneficiary on Siehna's M. Cotton's structured settlement.

    IT IS SO ORDERED.

Dated: _1/23/11

_____
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE