1  LAW OFFICES OF VICKI I. SARMIENTO
   A Professional Corporation
2  VICKI I. SARMIENTO, SBN 134047
   333 N. Garfield Avenue
3  Alhambra, California  91801
   vislaw@vis-law.com
4  Telephone:   (626) 308-1171
   Facsimile:    (626) 308-1101

5  LAW OFFICES OF DALE K. GALIPO
   Dale K. Galipo, SBN 144074
6  21800 Burbank Blvd., Suite 310
   Woodland Hills, California 91367
7  dalekgalipo@yahoo.com
   Telephone:   (818) 347-3333
8  Facsimile:    (818) 347-4118

9  Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SIEHNA M. COTTON, a minor, by Megan McClure her guardian ad litem: and MARTIN COTTON SR., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF EUREKA, ADAM LAIRD, JUSTIN WINKLE, GARY WHITMER,<br><br>Defendants. | Case No.: 08-CV-04386-SBA<br><br>ORDER APPROVING MINOR'S COMPROMISE AND DISBURSING FUND |

The Court having considered the Ex Parte Application for Order Approving the

Petition of Megan McClure to approve the settlement of claim of minor Plaintiff Siehna M.

Cotton and distribution of settlement funds and good cause appearing, IT IS ORDERED THAT:

1. The settlement of this action against Defendants County of Humboldt, et. al., in the sum of $60,000 is hereby approved;

2. The distribution of the settlement proceeds as set forth in the Petition is approved;

3. The Court approves attorney's fees and costs in the amount of $26,856.56 to the Law Offices of Vicki I. Sarmiento;

4. The Court approves $33,143.44 to be distributed to minor plaintiff Siehna M. Cotton through a structured settlement with Symetra Life Insurance Company, an A.M. Best A Class 12 rated life carrier.

5. The Court approves Megan McClure to be named as primary beneficiary on Siehna's M. Cotton's structured settlement.

IT IS SO ORDERED.

Dated: 1/23/12

_____
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

-2-                    Case No. CV 08-CV-04386-SBA
[PROPOSED] ORDER APPROVING MINOR'S COMPROMISE AND DISBURSING FUNDS