Dale K. Galipo, SBN 144074
Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, California 91367
Tel: (818) 347-3333
Attorneys for Plaintiffs

Vicki I. Sarmiento, SBN 134047
Attorney at Law
333 N. Garfield Avenue
Alhambra, California 91801
Tel: (626) 308-1171

Nancy K. Delaney, SBN 70617
Nicholas R. Kloeppel, SBN 186165
MITCHELL, BRISSO, DELANEY & VRIEZE
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586
Attorneys for Defendants CITY OF EUREKA
JUSTIN WINKLE, ADAM LAIRD & GARY WHITMER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIEHNA M. COTTON, a minor, by Megan McClure, her guardian ad litem; and MARTIN COTTON, SR., an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> CALIFORNIA, a political subdivision of the State of California; et al., <br><br> Defendants. | CASE NO.: C 08-04386 SBA <br><br> ORDER OF DISMISSAL |

Good cause appearing therefore, based upon the stipulation of the parties hereto through counsel,

/ / /

---

1

[PROPOSED] ORDER OF DISMISSAL
Case #C-08-04386 SBA

1  IT IS HEREBY ORDERED that this matter be dismissed as to the City of Eureka
2 and its officers, including, but not limited to Justin Winkle, Adam Laird and Gary
3 Whitmer, with prejudice.
4 DATED: __1/10/13

_____
HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Court

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2
[PROPOSED] ORDER OF DISMISSAL
Case #C-08-04386 SBA